FILED

04/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0527

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0527

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

ROBIN R. COLLINS,

> Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 9, 2022, within which to prepare, serve, and file its response brief.

JMK

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 5 2022